SUSANNA MULLEN, Respondent, v. UNITED STATES CASUALTY COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to

appeal to the Court of Appeals denied. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.